FILED

MAY 04 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) Violation: Title 18, United States
) Code, Section 1344
ABEDMANAF ALSHWAIT )

17CR 298

**COUNT ONE**

JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

The SPECIAL FEBRUARY 2017 GRAND JURY charges:

1. At times material to this indictment:

a. J.P. Morgan Chase Bank ("Chase Bank") was a financial institution with branches in Palos Heights, Illinois, and elsewhere, whose deposits were insured by the Federal Deposit Insurance Corporation.

b. Company A was a construction company owned by ABEDMANAF ALSHWAIT.

2. Beginning no later than in or around January 2015, and continuing at least until in or around May 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

ABEDMANAF ALSHWAIT,

defendant herein, knowingly devised and participated in a scheme to defraud a financial institution, namely, Chase Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain money owned by and under the custody and control of Chase Bank by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described in the following paragraphs.

3. It was part of the scheme that, from in or around February until in or around April 2015, ALSHWAIT obtained checks made payable to Company B and Company C (the "stolen

checks").

4. It was further part of the scheme that ALSHWAIT endorsed the stolen checks and presented them for deposit at Chase Bank into a business account in the name of Company A, thereby fraudulently representing that he was authorized to endorse and negotiate the stolen checks. ALSHWAIT knew at the time that the checks were stolen and that neither he nor Company A was entitled to any of the proceeds from the stolen checks.

5. It was further part of the scheme that ALSHWAIT filed with the Illinois Secretary of State forms incorporating a company called "Tri State Contractors Inc." and listing himself as the president. This business was a "sham" business in that it did not engage in any business activities, but was incorporated because it was similar to the names of Company B and Company C, the rightful recipients of the stolen checks.

6. It was further part of the scheme that ALSHWAIT held himself out as a representative of Company B, for the purpose of making it appear that he could take custody of a check issued to Company B.

7. It was further part of the scheme that ALSHWAIT kept proceeds of the scheme for his own and Company A's use and benefit.

8. As a result of the scheme, ALSHWAIT caused Company A's business account at Chase Bank to be credited in the amount of at least approximately $81,767.

9. It was further part of the scheme that ALSHWAIT misrepresented, concealed, and hid and caused to be misrepresented, concealed, and hidden, certain material facts, including the acts and purposes of the acts done in furtherance of the scheme.

10. On or about February 4, 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

ABEDMANAF ALSHWAIT,

defendant herein knowingly executed and attempted to execute the above-described scheme by depositing and causing to be deposited a check, bearing check number 0010242043, made payable to Company B in the amount of approximately $2,150, into a Chase Bank account held in the name of Company A;

In violation of Title 18, United States Code, Section 1344.

**COUNT TWO**

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

1. Paragraphs 1 through 9 of Count One are incorporated here.

2. On or about March 31, 2015, at Palos Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

ABEDMANAF ALSHWAIT,

defendant herein knowingly executed and attempted to execute the above-described scheme by depositing and causing to be deposited a check, bearing check number 7028110401, made payable to Company C in the amount of approximately $79,617, into a Chase Bank account held in the name of Company A;

In violation of Title 18, United States Code, Section 1344.

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1344, affecting a financial institution, as set forth in this Indictment,

ABEDMANAF ALSHWAIT,

defendant herein, shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained directly and indirectly as a result of the offense, as provided in Title 18, United States Code, Section 982(a)(2)(A).

2. The property to be forfeited includes, but is not limited to, a personal money judgment in the amount of approximately $60,058.65.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

A TRUE BILL:

______________________________
FOREPERSON

______________________________
ACTING UNITED STATES ATTORNEY